47 F.3d 1160
 Curley (Lance), Bilbrough (Frances), Tagliaferro
(Philomena), McCabe (James), Dipasquale (Judith), Cox
(Albert), Debiase (Kimberly A.), Bayer-Bond (Betty),
Friedman (Philip), Gruner (Robyn), Capner (Denise), Boguslav (Norman)
v.
Cumberland Farms Dairy, Inc., Haseotes (D. B. ['Jim'],
George, Bryon), Mumma (James M.), Phaneuf (Daniel F.),
Fraccola (R. Thomas), Forman (Carol A.), Binder (Richard
A.), Gordon (Arthur L.), Cumberland Farms, Inc., Bentas (Lilly H.),
 NO. 94-5306
 United States Court of Appeals,
Third Circuit.
 Jan 25, 1995
 Appeal From: D.N.J., No. 86-CV-05057
 
 1
 AFFIRMED.